

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-24-00559-CR

Noel **VILLARREAL**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 175th Judicial District Court, Bexar County, Texas
Trial Court No. 2023CR2108
Honorable Catherine Torres-Stahl, Judge Presiding

BEFORE JUSTICE RIOS, JUSTICE BRISSETTE, AND JUSTICE SPEARS

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED.

SIGNED October 22, 2025.

_____
Adrian A. Spears II, Justice